JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Susan M. Dunaway, OSB No. 970506
Justin D. Gericke, OSB No. 990510
Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:   (503) 988-3377
Email: susan.m.dunaway@multco.us
          justin.gericke@multco.us
*Of Attorneys for Defendants Captain Ron Bishop, Sgt. Jesse Luna, Deputy Michael Gates, Detective Susan Lambert-Gates, and Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| JOHN F. KOWALZYK, an individual, ,<br><br>Plaintiff,<br><br>v.<br><br>CAPTAIN RON BISHOP; SGT. JESSE LUNA; DEPUTY MICHAEL GATES; DETECTIVE SUSAN LAMBERT-GATES; JANE & JOHN DOES 1-23; AND MULTNOMAH COUNTY (including Multnomah County Sheriff's Office and Multnomah County Detention Center),<br><br>Defendants. | Civil No. 3:12-CV-1712-AC<br><br>DEFENDANTS' **OPPOSITION** TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND PTO DEADLINES |

Plaintiff misrepresented to the Court on September 30, 2014 that his Motion for Extension of Discovery and PTO Deadlines was *Unopposed*. (Docket No. 44). Defendants are opposed to plaintiff's motion and counsel for plaintiff was alerted to defendants' opposition prior

Page 1 – DEFENDANTS' **OPPOSITION** TO PLAINTIFF'S MOTION FOR EXTENSION OF
            DISCOVERY AND PTO DEADLINES

to filing and again shortly after it was filed. The reasons for defendants' opposition are outlined in detail in the Declaration of Justin D. Gericke that is filed herewith.

DATED this 6th day of October, 2014.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON


*/s/ Justin D. Gericke*
Susan M. Dunaway, OSB No. 970506
Justin D. Gericke, OSB No. 990510
Assistant County Attorneys
   *Of Attorneys for Defendants*

Page 2 – DEFENDANTS' **OPPOSITION** TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND PTO DEADLINES